# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-3133**            **September Term, 2023**

1:21-cr-00447-CJN-3

**Filed On:** August 9, 2024

United States of America,

    Appellee

v.

Joshua Christopher Doolin,

    Appellant

    **BEFORE:**    Katsas, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the consent motion for a limited remand; and the unopposed motion to expedite consideration of the remand motion, it is

**ORDERED** that the motion for a limited remand be granted and the record be remanded to the district court to enable it to rule on defendant's motion to reduce sentence, which the district court has expressed its willingness to grant. See Fed. R. App. P. 12.1; D.C. Cir. Rule 41(b). This court will retain jurisdiction over the appeal, and the parties must promptly notify the Clerk when the district court has decided the motion on remand. See Fed. R. App. P. 12.1(b). It is

**FURTHER ORDERED** that the motion to expedite be dismissed as moot.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

    BY:   /s/
          Selena R. Gancasz
          Deputy Clerk